# United States District Court

EASTERN _____ DISTRICT OF _____ MASSACHUSETTS

*IN CLERKS OFFICE*
*2003 DEC 12 A 10:52*
*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

JEFFEREY S. ROBERIO,
(PETITIONER)

V.

TIMOTHY HALL,   (Respondent)

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, ___JEFFREY S. ROBERIO  W43885___ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:   [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Old Colony Correctional Center__

   Are you employed at the institution? __NO__   Do you receive any payment from the institution? __NO__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   Yes [ ]   No [X]
   b. Rent payments, interest or dividends             Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments   Yes [ ]   No [X]
   d. Disability or workers compensation payments      Yes [ ]   No [X]
   e. Gifts or Inheritances                            Yes [X]   No [ ]
   f. Any other sources                                Yes [ ]   No [X]

If the answer to any of the above is "yes" describe each source of money and state the amount received and what you expect you will continue to receive.   See attached printout
   I do not know.

This form was electronically produced by Elite Federal Forms, Inc.

## Massachusetts Department of Correction - [Inmate Transaction - TFA_OTRN]

Administr.  Admiss.  Bed Mng.  Class.  Cri...  Rds.  Date Comp.  Medical  D.V.  Prog./Work  Release  Schedule  Security  Window

Select Inmate Commitment Number: W43885    Today's Date: 20031204 15:20

Name: ROBERIO  S  JEFFREY   Comm #: W43885   Inst: OLD COLONY CORRECTIONAL CENTER   DOB: 19681021
Status: ACTIVE   Unit, Cell, Bed: ATTCKS II G8 B   Sec Level: 5   Comm: 19970811   RE:   Release Date:

### ACCOUNT INFORMATION

SSN: 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   Personal A/C Balance: $1.35   Savings A/C Balance: $0.00   Freeze Amount: $0.00
Loan Amount: $0.00   Sentence Fees Balance: $0.00   Restitution Fees Balance: $0.00   A/C Institution: OCC

### TRANSACTION INFORMATION

Date of Transaction:        Time of Transaction:
Type of Transaction:

( ) Credit   ( ) Debit   ( ) Transfer

Total Amount ($):

Receipt #:        Comments:

[Clear]  [Save]  [Exit]

Record: 1/1

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20031204 15:22                                                                                                      Page : 1

                                                        OLD COLONY CORRECTIONAL CENTER

Commit# :   W43885
                                                        Statement From 20030704
Name    :   ROBERIO, JEFFREY, S.
                                                                 To   20031204
Inst    :   OLD COLONY CORRECTIONAL CENTE

Block   :   ATTUCKS III

Cell/Bed :  G8 /B

|  |  |  |  |  |  | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Peri | $777.98 | $777.70 | $0.03 | $0.03 |
| | | | | | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20030709 16:10 | IS - Interest | 1357361 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030722 09:48 | VI - Visitation | 1425473 | | STH | ~DIANE ROBERIO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030722 09:48 | TI - Transfer from Institutio | 1425474 | | STH | ~Associate Receipt Number is 1425473 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20030722 09:48 | TI - Transfer from Institutio | 1425475 | | OCC | ~Associate Receipt Number is 1425473 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20030729 09:28 | VI - Visitation | 1453614 | | STH | ~EDITH RYNZ | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030729 09:28 | TI - Transfer from Institutio | 1453615 | | STH | ~Associate Receipt Number is 1453614 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20030729 09:28 | TI - Transfer from Institutio | 1453616 | | OCC | ~Associate Receipt Number is 1453614 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030729 22:31 | CN - Canteen | 1457586 | | OCC | ~Canteen Date : 200307 | $0.00 | $14.18 | $0.00 | $0.00 |
| 20030730 13:42 | EX - External Disbursement | 1459172 | 84937 | OCC | ~CELL SHOP | $0.00 | $34.23 | $0.00 | $0.00 |
| 20030805 22:30 | CN - Canteen | 1466263 | | OCC | ~Canteen Date : 200308 | $0.00 | $21.83 | $0.00 | $0.00 |
| 20030807 15:29 | IS - Interest | 1500243 | | OCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030827 08:39 | VI - Visitation | 1588961 | | STH | ~DIANE ROBERIO | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030827 08:39 | TI - Transfer from Institutio | 1588963 | | OCC | ~Associate Receipt Number is 1588961 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030827 08:39 | TI - Transfer from Institutio | 1588962 | | STH | ~Associate Receipt Number is 1588961 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20030902 11:38 | VI - Visitation | 1608805 | | STH | ~EDITH RYNZ? | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030902 11:38 | TI - Transfer from Institutio | 1608806 | | STH | ~Associate Receipt Number is 1608805 | $0.00 | $20.00 | $0.00 | $0.00 |
| 20030902 11:38 | TI - Transfer from Institutio | 1608807 | | OCC | ~Associate Receipt Number is 1608805 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20030903 22:30 | CN - Canteen | 1615733 | | OCC | ~Canteen Date : 200309 | $0.00 | $25.02 | $0.00 | $0.00 |
| 20030909 22:31 | CN - Canteen | 1642613 | | OCC | ~Canteen Date : 200309 | $0.00 | $14.90 | $0.00 | $0.00 |
| 20030910 07:51 | IS - Interest | 1643457 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031008 16:54 | IS - Interest | 1778931 | | OCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031015 09:54 | VI - Visitation | 1818862 | | STH | ~CASH FROM VISIT WITH MOM | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031015 09:54 | TI - Transfer from Institutio | 1818863 | | STH | ~Associate Receipt Number is 1818862 | $0.00 | $30.00 | $0.00 | $0.00 |
| 20031015 09:54 | TI - Transfer from Institutio | 1818864 | | OCC | ~Associate Receipt Number is 1818862 | $30.00 | $0.00 | $0.00 | $0.00 |
| 20031021 10:05 | ML - Mail | 1843998 | | STH | ~EDITH R.Y | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031021 10:05 | TI - Transfer from Institutio | 1844000 | | OCC | ~Associate Receipt Number is 1843998 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20031021 10:05 | TI - Transfer from Institutio | 1843999 | | STH | ~Associate Receipt Number is 1843998 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20031021 22:30 | CN - Canteen | 1847627 | | OCC | ~Canteen Date : 200310 | $0.00 | $30.02 | $0.00 | $0.00 |
| 20031022 14:24 | IC - Transfer from Inmate to | 1849548 | | OCC | ~OCCC MUSIC PROGRAM - Z168 | $0.00 | $2.00 | $0.00 | $0.00 |