UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JEFFEREY S. ROBERIO,
          Petitioner,

    v.                                Civil Action

                                     No. 03-12624-DPW

TIMOTHY HALL,
          Respondent.

**ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES**

Having considered the petitioner's Application to Proceed Without Prepayment of Fees and Affidavit under 28 U.S.C. § 1915;

☒    In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. __03-12624__

## ORDERS

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?
    Yes ☒    No ☐

2. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?
    Yes ☐    No ☒

3. Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?
    Yes ☒    No ☐

1/6/04                    s/ Douglas P. Woodlock
DATE                  UNITED STATES DISTRICT JUDGE