UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY S. ROBERIO,<br>      Petitioner,<br><br>v.<br><br>TIMOTHY HALL,<br>      Respondent. | Civil Action No. 03-12624-DPW |

**MOTION FOR ENLARGEMENT OF TIME
TO FILE RESPONSIVE PLEADING IN OPPOSITION TO THE
PETITION FOR A WRIT OF HABEAS CORPUS**

The respondent, through counsel, hereby respectfully requests that this Court grant him an enlargement of time within which he must file an answer to the petition for a writ of habeas corpus, from April 8, 2004, to April 22, 2004. In support of the motion, the respondent states that, due to the press of a number of other matters, including: preparing a petition for certiorari to the United States Supreme Court in *Spencer v. Norton*, No 04-____, filed on March 2, 2004; filing a supplemental appendix in that case in the Supreme Court on April 15, 2004; filing a motion to quash a subpoena directed to the District Attorney for Middlesex County in the United States District Court in *Curley v. NAMBLA*, No. 00-CV-10956-GAO on February 6, 2004; filing an opposition to a petition pursuant to G.L. c. 211, § 3, in the Single Justice Session of the Supreme Judicial Court in *District Attorney for the Norfolk District v. Quincy Division of the District Court Department*, No. SJ-2004-0011, on February 12, 2004; filing an opposition to a motion for a preliminary injunction in Suffolk Superior Court in *Darren Stokes v. Barry Lacroix*, et al., No. 04-0443-A, on February 17,

2004, with argument on February 19, 2004; prosecuting the case of *Commonwealth v. Jose colon Fernandez*, No 2003-190, in Middlesex Superior Court, scheduled for a jury trial on March 24, 2004; preparing several Memoranda of Law in opposition to defense motions in Norfolk Superior Court in *Commonwealth v. Timothy White*, No. CR03-0154-001-012, for a hearing on March 17, 2004; filing an opposition to a request for an evidentiary hearing in the United States District Court for the District of Massachusetts in *Birks v. Spencer*, No. 03-30020-MAP, on March 26, 2004; and filing a Memorandum of Law opposing the merits of a federal habeas petition in the United States District Court in *Christian v. Ficco*, No. 03-11173-RGS, on April 8, 2004, the undersigned assistant attorney general requires the additional time to prepare an adequate pleading in opposition to the instant petition, said pleading being filed with this motion.

WHEREFORE, the respondent respectfully requests that this Court grant him until April 22, 2004 to file a responsive pleading to the petition for a writ of habeas corpus

                                        Respectfully submitted,
                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                        /s/ Dean A. Mazzone
                                        Dean A. Mazzone
                                        Assistant Attorney General
                                        Criminal Bureau
                                        One Ashburton Place
                                        Boston, Massachusetts 02108
                                        (617) 727-2200 ext. 2852
                                        BBO No. 640866

Dated: April 22, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on the petitioner, pro se, addressed as follows: Jeffrey S. Roberio, pro se, 1 Administration Road, Bridgewater, MA, 02324, by first class mail, postage prepaid, on April 22, 2004.

_____
Dean A. Mazzone