UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEFFREY S. ROBERIO, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>TIMOTHY HALL, )<br>)<br>Respondent. )<br>) | Civil Action No. 03-12624-DPW |

## REQUEST FOR A SCHEDULING ORDER

The respondent, Timothy Hall, through counsel, respectfully requests that the Court set a briefing schedule for the parties to file Memoranda of Law in support of their respective positions concerning the merits of this petition for a writ of habeas corpus. Respondent has today filed his Answer and Supplemental Answer to the instant petition.

WHEREFORE, the respondent respectfully requests that the Court set a briefing schedule in this case.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Dean A. Mazzone*

Dean A. Mazzone
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200 ext. 2852
BBO No. 640866

Dated: April 22, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the petitioner, pro se, on April 22, 2004, by depositing the copy in the office depository for collection and delivery by first-class mail, postage pre-paid, addressed as follows: Jeffrey S. Roberio, pro se, 1 Administration Road, Bridgewater, MA 02324.

*/s/ Dean A. Mazzone*

Dean A. Mazzone