UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------x

JEFFEREY ROBERIO,

       Petitioner,　　　　　　　　　　　　Civil Action No. 03-12624-DPW

vs.

TIMOTHY HALL,

       Respondent.
------------------------------------------------x

**MOTION FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS**

      The respondent, Timothy Hall, through counsel, now appears and requests an extension of the time in which he must file a motion to dismiss or other responsive pleading in response to the petition for writ of habeas corpus for a period of thirty (30) days, up to and including June 16, 2004.  As grounds for this motion, the respondent states that the Assistant Attorney General to whom this case was initially assigned, Dean A. Mazzone, terminated his employment at the Office of the Attorney General late last week, and this matter has been reassigned to the undersigned.  The undersigned Assistant Attorney General requires the additional thirty (30) day period to become familiar with the factual and legal issues involved in this case and to prepare the respondent's response to the petition.

                                                                     Respectfully submitted,

                            THOMAS F. REILLY,
                            ATTORNEY GENERAL

                            _____
                            Maura D. McLaughlin
                            Assistant Attorney General
                            Criminal Bureau
                            One Ashburton Place
                            Boston, Massachusetts 02108
                            (617) 727-2200, ext. 2857
                            BBO # 634923

Dated: May 14, 2004

## CERTIFICATE OF SERVICE

     I hereby certify that I have this 14th day of May, 2004, served a true and accurate copy of the foregoing pleading on the petitioner, Jefferey Roberio, *pro se*, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner at the following address: Jefferey Roberio, One Administrative Road, Bridgewater, Massachusetts, 02324.

                            _____
                            Maura D. McLaughlin