UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

-----------------------------------------------x

JEFFEREY ROBERIO,

       Petitioner,                                  Civil Action No. 03-12624-DPW

vs.

TIMOTHY HALL,

       Respondent.

-----------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL

      Please enter the appearance of the undersigned, Maura D. McLaughlin, as counsel for the respondent, Timothy Hall, and please note the withdrawal of Dean A. Mazzone as counsel for same.

                                                          Respectfully submitted,

                                                          THOMAS F. REILLY,
                                                          ATTORNEY GENERAL

                                                          _____

                                                          Maura D. McLaughlin
                                                          Assistant Attorney General
                                                          Criminal Bureau
                                                          One Ashburton Place
                                                         Boston, Massachusetts 02108
                                                         (617) 727-2200, ext. 2857
                                                         BBO # 634923

Dated: May 14, 2004

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this 14th day of May, 2004, served a true and accurate copy of the foregoing pleading on the petitioner, Jefferey Roberio, *pro se*, by depositing a copy in the office repository for collection and delivery by first class mail, postage prepaid, to the petitioner at the following address: Jefferey Roberio, One Administrative Road, Bridgewater, Massachusetts, 02324.

                                                                                             Maura D. McLaughlin