UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the civil action cases on the attached list pending in

Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further

proceedings.  From this date forward the number on all pleadings should be

followed by the letters NMG to indicate assignment of the case to JUDGE GORTON.

In addition, please ensure that all future correspondence with the Clerk's Office has

the proper number and letters on the lower left hand corner of the envelope, as well

as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling

deadlines set by judges previously assigned to these cases will be adhered to by

Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to

Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:    /s/                                        
Deputy Clerk

Date: _____

Copies to:    Counsel

06/23/04         U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM    Page    3

Boston Civil Cases to be Reassigned to Judge Gorton

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|

Judge :  Woodlock

| 1:03cv10460 | 03/10/2003 | Erickson v. Administrative Offic, et al |
| 1:03cv10635 | 04/07/2003 | Lambos v. Hitachi Koki USA LTD |
| 1:03cv10848 | 05/06/2003 | NFPA, Inc. v. International Code, et al |
| 1:03cv11252 | 07/02/2003 | Gilbert v. Amerifee L.L.C. |
| 1:03cv11268 | 07/03/2003 | Harris v. Ameriquest Mortgage Company et al |
| 1:03cv11353 | 07/17/2003 | Block v. Universal Health Services, Inc. et a |
| 1:03cv11434 | 08/01/2003 | Lobsters, Inc. et al v. Evans et al |
| 1:03cv11798 | 09/17/2003 | Litsey v. Herb Chambers Route 1, Inc. |
| 1:03cv11876 | 09/25/2003 | Chase v. National Railroad Passenger Corporat |
| 1:03cv12053 | 10/28/2003 | Carey v. Board of Governors of the Kernwood C |
| 1:03cv12384 | 11/25/2003 | Ryan et al v. RidgeTop Construction, Inc. |
| 1:03cv12624 | 12/12/2003 | Roberio v. Hall |
| 1:04cv10589 | 03/25/2004 | Fernandez v. Spencer |
| 1:04cv10736 | 04/12/2004 | American Process Equipment Company, Inc. v. A |
| 1:04cv10781 | 04/16/2004 | Hancock v. Princeton Properties Management, I |
| 1:04cv10822 | 04/23/2004 | Logue v. Coakley |
| 1:04cv11014 | 05/19/2004 | Touchpoint Solutions, Inc. v. Eastman Kodak C |

Total Cases for Judge
----------------------
17