Jeffrey Roberio
Petitioner
Old Colony Correctional Center
One Administration Road
Bridgewater, MA 02324

January 18, 2005

Susan Jenness, Pro Se Clerk
United States District Court
 for Massachusetts
Suite 2300
1 Courthouse Way
Boston, MA 02210

Re: Roberio v. Brady,
    U.S.D.C. No. 03-12624-DPW

Ms. Jenness:

Please accept this letter as a request for information in the above-refereenced habeas corpus action challenging my state conviction for first degree murder.

Specifically, sometime ago I filed my pro se memorandum in support of my petition for a writ of habeas corpus. To date, I have received no indication that my memorandum was received by your court, docketed; and, whether any action has been taken by your court.

In the foregoing light, I ask that you forward an up-to-date copy of the docket entry sheets in the above-referenced matter to me so that I may ascertain the current status of my habeas corpus petition.

Please further be advised that I am proceeding as an indigent by reason of my incarceration. Therefore, any cost or fee incurred in providing me a copy of the docket entry sheets should be waived.

Thank you.

Very truly yours,

Jeffrey Roberio, pro se

cc: file